**Order filed June 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00503-CV

_____

### ST. PAUL MERCURY INSURANCE COMPANY, Appellant

### V.

### LEWIS-QUINN CONSTRUCTION SERVICES, INC., CURB-TEX, INC., PUMP-TECH, INC., ALLIANCE DEVELOPMENT, INC., PHOENIX RENTAL INC., GALLOWAY TRUST MANAGEMENT, JOSEPH V. TURNER, PEGGY J. TURNER, JAMES E. GALLOWAY, CATHERINE B. GALLOWAY, RONALD E. CLARY, AND MICHELLE M. CLARY, Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2008-26123**

## A B A T E M E N T   O R D E R

This court has been notified that appellee, Ronald E. Clary, has petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 11-34040. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, we have stayed all proceedings in the appeal. _See_ Tex. R. App. P. 8.2.

For administrative purposes only, and without surrendering jurisdiction, this court orders the cause abated and treated as a closed case. It may be reinstated on motion of any party, or the court may reinstate the appeal on its own motion showing the stay has been lifted and specifying what further action, if any, is required from this court. See Tex. R. App. P. 8.3.


PER CURIAM